FRANK L. PERLEY, Appellant, *v.* LEE SHUBERT, Respondent

*Perley* v. *Shubert*, 128 App. Div. 925, affirmed.
(Submitted June 14, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Franklin Bien* for appellant.

*Benjamin N. Cardozo* and *William Klein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.